**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 41 MAP 2014
: 
Appellant : Appeal from the Order of the Chester
: County Court of Common Pleas, Criminal
: Division, at No. CP-15-CR-412-2013 dated
v. : April 25, 2014
: 
: 
DENNIS JAMES ALENOVITZ, :
: 
Appellee :

## ORDER

**PER CURIAM**

  **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**.  See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).